IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 06-13722 |
| | ) | |
| LORRAINE L. BELLE | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE HARRIS |
| Debtor, | ) | |
| | ) | **NOTICE OF WITHDRAWAL** |

Now comes Debtor, by and through counsel, and withdraws her Motion to Reinstate Stay as to US Bank which was filed on October 21, 2009.

Respectfully Submitted,

/s/ Irving S. Bergrin
Irving S. Bergrin (0010100)
27600 Chagrin Blvd., Ste. 340
Cleveland, OH. 44122
(216) 831-3424/Fax: 831-6584
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **Notice of Withdrawal** was sent to the following this 8th day of January 2009.

| | |
|---|---|
| Craig Shopneck, Chapter 13 Trustee | Via ECF |
| LERNER, SAMPSON & ROTHFUSS | Via ECF |

/s/ Irving S. Bergrin
Irving S. Bergrin
Attorney for Debtor